STATE OF MINNESOTA — DISTRICT COURT

COUNTY OF DAKOTA — FIRST JUDICIAL DISTRICT

CASE TYPE: OTHER CIVIL

---

Burnsville Sanitary Landfill, Inc.,

Plaintiff,

v.

Edward Kraemer & Sons, Inc.,

Defendant.

Court File No. 02-273 RHK/JMM

---

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

---

Defendant Edward Kraemer & Sons, Inc. ("Kraemer") and Plaintiff hereby agree and stipulate to an extension of time in which Kraemer may answer or otherwise respond to the Complaint served upon Kraemer to February 25, 2002.

BRIGGS AND MORGAN

By ____________________
Jack Y. Perry (#209272)
Michael R. Nordskog (#306332)
2400 IDS Center
Minneapolis, MN 55402
Telephone: 612-334-8400
Attorneys for Plaintiff

HENSON & EFRON, P.A.

By ____________________
Joseph T. Dixon, Jr., 23139
Timothy Mulrooney, 0250041
400 Second Avenue South, Suite 1200
Minneapolis, Minnesota 55401
Telephone: 612-339-2500
Attorneys for Defendant

FEB 01 2002
FILED ____________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

**ORDER**

As set forth in the above Stipulation, defendant Edward Kraemer & Sons, Inc. shall answer, move, or otherwise respond to the Complaint on or before Monday, February 25, 2002.

Dated: 2/01, 2002

RICHARD H. KYLE
UNITED STATES DISTRICT COURT JUDGE

172688.WPD