UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BURNSVILLE SANITARY LANDFILL, INC., CIVIL NO. 02-273 (RHK/JMM)

Plaintiff,

v.

ORDER

EDWARD KRAEMER & SONS, INC.,

Defendant.

This Court has been advised that a dispositive motion has been filed in the above matter. Therefore, the pretrial conference scheduled before the undersigned on March 13, 2002 is canceled. The parties shall notify this Court in writing when an Opinion is issued on the dispositive motion in order that the Pretrial Conference may be rescheduled, if necessary.

Dated: March 6, 2002

JOHN M. MASON
United States Magistrate Judge

MAR 06 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK