UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BURNSVILLE SANITARY LANDFILL, INC.,

Plaintiff,

v.

EDWARD KRAEMER & SONS, INC.,

Defendant.

CIVIL NO. 02-273 (RHK/JMM)

ORDER

By agreement of the Parties, IT IS HEREBY ORDERED AS FOLLOWS:

1. Plaintiff's Motion to Amend the Complaint [Docket No. 7] is granted, without prejudice to any defenses thereto. Plaintiff may cause the Amended Complaint to be filed with the Clerk of Court. Defendant shall respond to said Amended Complaint by Motion or Answer no later than April 29, 2002.

2. Defendant's Motion to Dismiss the Complaint [Docket No. 4] is withdrawn without prejudice to Defendant's right to serve a Motion to Dismiss the Amended Complaint.

Dated: April 22, 2002

JOHN M. MASON
United States Magistrate Judge

FILED APR 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________