**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

BURNSVILLE SANITARY LANDFILL INC.,

Plaintiff,

vs. CV 02-273 RHK/JMM

EDWARD KRAEMER & SONS, INC.

Defendant.

**CANCELLATION OF HEARING**

The Defendant's Motion to Dismiss scheduled for Thursday, May 30,2002, at 8:00 AM, before Judge Richard H. Kyle has been cancelled. Counsel will be notified of the new date and time by the Court.

May 16, 2002

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

Filed MAY 16 2002
Richard D. Sletten,Clerk

By:________________________