UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-273 (JEL/JGL)

BURNSVILLE SANITARY LANDFILL, INC.,

Plaintiff,

v.

**PRETRIAL ORDER**

EDWARD KRAEMER & SONS, INC.,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is one to two weeks;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to October 1, 2002;

3. Plaintiff shall disclose all expert witnesses by November 1, 2002, and reports by January 15, 2003; Defendant shall disclose all expert witnesses by December 1, 2002, and reports by February 15, 2003;

4. The period during which the parties may seek non-expert discovery shall be completed by April 1, 2003; The period during which the parties may seek expert discovery shall be completed by May 1, 2003;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to May 1, 2003;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to June 1, 2003; and

Filed JUL 31 2002
Richard D. Sletten, Clerk
Judgment Entd.________
Deputy Clerk________

7. This case will be considered "ready for trial" as of July 1, 2003.

DATED: July 31, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge