UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 02-273 (JEL/JGL)

BURNSVILLE SANITARY LANDFILL, INC.,

Plaintiff,

v.

**NOTICE OF SETTLEMENT CONFERENCE**

EDWARD KRAEMER & SONS, INC.,

Defendant.

A settlement conference has been scheduled in the above-referenced matter for **Friday, November 8, 2002, at 9:00 a.m.** in my chambers, **Suite 9E, U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, MN 55415. PLEASE REPORT TO THE CHAMBERS--NOT THE COURTROOM**.

In order to bring me up to date about the issues in this case as they have developed since commencement, a letter or settlement brief addressed to my chambers, with service on opposing counsel, shall be submitted five days before the scheduled conference.

Counsel who will actually try the case and each party armed with full settlement authority are expected to attend the conference. If there is an insurance company involved, an agent of the company with full settlement authority shall also be in attendance. Availability by telephone is not acceptable.

Dated: July 31, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

**Notice mailed to:**

Jack Perry, Esq.
Michael Nordskog, Esq.
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Joseph Dixon Jr., Esq.
Timothy Mulrooney, Esq.
Suite 1800
220 Sixth Street South
Minneapolis, MN 55402-4503

26

Filed AUG 01 2002
Richard D. Sletten, Clerk
Judgment Entd.
Deputy Clerk