UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 02-273 (JEL/JGL)

BURNSVILLE SANITARY LANDFILL, INC.,

Plaintiff,

v.

EDWARD KRAEMER & SONS, INC.,

Defendant.

ORDER

The above-entitled matter came before the Court upon Jack Y. Perry'S August 2, 2002, letter to the Court.

**IT IS HEREBY ORDERED** that paragraph 3 of the pretrial order be amended as follows:

The parties shall disclose their initial experts by January 1, 2003, and submit their initial expert reports by February 15, 2003. The parties shall disclose their rebuttal experts and submit their rebuttal expert reports by March 15, 2003.

Dated: Aug. 5, 2002.

JONATHAN G. LEBEDOFF
United States Magistrate Judge

Filed________
Richard D. Sletten, Clerk
Judgment Entd.________
Deputy Clerk________