**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Burnsville Sanitary Landfill, Inc. 02cv273 (JEL/JGL)

Plaintiff,

v. **ORDER OF REFERENCE**

Edward Kraemer & Sons, Inc.,

Defendant.

---

**IT IS ORDERED** that pursuant to 28 United States Code, Section 636(b)(1) (A), (B) and (C), the Defendant's Motion to Dismiss portions of the Complaint is referred to Magistrate Judge Jonathan G. Lebedoff.

Counsel are directed to call and schedule the motion with Calendar Clerk Mary Lenner at 612/664-5120.

Dated: December 18, 2002.

JOAN E. LANCASTER, Judge
United States District Court

FILED DEC 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED________
DEPUTY CLERK'S INITIALS________