UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Burnsville Sanitary Landfill, Inc.,

Plaintiff,

vs.

Edward Kraemer & Sons, Inc.,

Defendant.

CASE NO. 02-273 JEL/JGL

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

The parties, by and through their respective undersigned counsel, hereby stipulate and agree that, for good cause shown, paragraphs 3-7 of the Pretrial Order of July 31, 2002 and Order of August 5, 2002 should be, with the Court's permission, amended to provide as follows:

1. The period during which the parties may seek non-expert discovery shall be completed by August 1, 2003; and the period during which the parties may seek expert discovery shall be completed by September 1, 2003.

2. The parties shall disclose expert reports by July 1, 2003, and rebuttal expert reports by August 1, 2003.

3. All non-dispositive motions must be filed prior to September 1, 2003.

4. Until further notice, all dispositive motions must be noticed, served and filed in accordance with the local rules prior to October 1, 2003.

FILED FEB 11 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

5. This case will be considered "ready for trial" as of November 1, 2003.

Dated: 2/5, 2003.

BRIGGS & MORGAN, P.A.

By [signature]
Jack Y. Perry, 209272
Matthew A. Slaven, 288226
2400 IDS Center
Minneapolis, MN 55402
Telephone: 612-334-8400

Attorneys for Plaintiff
Burnsville Sanitary Landfill

Dated: February 5, 2003.

HENSON & EFRON, P.A.

By [signature]
Joseph T. Dixon, Jr., 23139
Stuart T. Williams, 11750X
Jed J. Hammell, 0320043
220 South Sixth Street, Suite 1800
Minneapolis, Minnesota 55402-4503
Telephone: 612-339-2500

Attorneys for Defendant Edward Kraemer & Sons, Inc.

Pursuant to the above Stipulation and for good cause shown, and the Court being duly advised in the premises, **IT IS HEREBY ORDERED:**

That paragraphs 3-7 of the Pretrial Order of July 31, 2002 and Order of August 5, 2002 are amended as stated above.

Dated: Feb 11, 2003.

[signature]
JONATHAN G. LEBEDOFF
Chief U.S. Magistrate Judge

194477.WPD