**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Burnsville Sanitary Landfill, Inc.,

Plaintiff,

v.

Edward Kraemer & Sons, Inc.,

Defendant.

Court File No. 02-273 (JEL/JGL)

**STIPULATION TO AMEND PLAINTIFF'S SECOND AMENDED COMPLAINT TO JOIN WASTE MANAGEMENT, INC. AS A PARTY PLAINTIFF**

---

WHEREAS, this action arises out of an asset purchase agreement by and between plaintiff Burnsville Sanitary Landfill, Inc. (Burnsville), USA Waste Services, Inc., and defendant Edward Kraemer & Sons, Inc. (Kraemer);

WHEREAS, Waste Management, Inc. f/k/a USA Waste Services, Inc. (Waste Management) is the successor in interest to the claims, causes of action, and defenses of USA Waste Services, Inc.;

WHEREAS, Waste Management is the parent company of plaintiff Burnsville;

WHEREAS, the parties agree and stipulate that the joinder of Waste Management as an additional party plaintiff is proper;

NOW, THEREFORE, the parties hereby agree and stipulate that plaintiffs Burnsville and Waste Management may serve and file their Third Amended Complaint for Declaratory and Other Relief in the form attached hereto as **Exhibit A**.

FILED FEB 26 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: February 24, 2003

**BRIGGS AND MORGAN, P.A.**

By ______________________
Jack Y. Perry (#209272)
Matthew A. Slaven (#288226)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEYS FOR PLAINTIFF BURNSVILLE SANITARY LANDFILL, INC.**

**ATTORNEYS FOR WASTE MANAGEMENT, INC.**

Dated: February 24, 2003

**HENSON & EFRON, P.A.**

By Stuart T. Williams
Joseph T. Dixon, Jr. (#23139)
Stuart T. Williams (#11750X)
220 South Sixth Street
Suite 1800
Minneapolis, Minnesota 55402-4503
(612) 339-2500

**ATTORNEYS FOR DEFENDANT EDWARD KRAEMER & SONS, INC.**

**ORDER**

Based on the foregoing stipulation of the parties, plaintiffs are hereby granted leave to serve and file their proposed Third Amended Complaint for Declaratory and Other Relief in the form attached here as Exhibit A.

Dated: Feb. 26, 2003

BY THE COURT:

Hon. Judge Jonathan Lebedoff
Chief U.S. Magistrate Judge

1495673v1