UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Burnsville Sanitary Landfill, Inc. and Waste Management, Inc.,

Plaintiffs,

vs.

Edward Kraemer & Sons, Inc.,

Defendant.

CASE NO. 02-273 ~~JEL~~ JNE/JGL

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

The parties, by and through their respective undersigned counsel, hereby stipulate and agree that, for good cause shown, the Court's Scheduling Order dated February 11, 2003 should be, with the Court's permission, amended to provide that defendant may take the deposition of Richard Shepherd on or before September 12, 2003, and that the Scheduling Order shall otherwise in all respects remain unchanged.

Dated: 8/22/03, 2003.

BRIGGS & MORGAN, P.A.

By [signature]
Jack Y. Perry, 209272
Matthew A. Slaven, 288226
2200 IDS Center
Minneapolis, MN 55402
Telephone: 612-334-8400

Attorneys for Plaintiffs Burnsville Sanitary Landfill, Inc. and Waste Management, Inc.

Dated: August 24, 2003.

HENSON & EFRON, P.A.

By [signature]
Joseph T. Dixon, Jr., 23139
Stuart T. Williams, 11750X
220 South Sixth Street, Suite 1800
Minneapolis, MN 55402
Telephone: 612-339-2500

Attorneys for Defendant Edward Kraemer & Sons, Inc.

FILED AUG 25 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Pursuant to the above Stipulation and for good cause shown, and the Court being duly advised in the premises, IT IS HEREBY ORDERED: that the Scheduling Order dated February 11, 2003 is hereby amended to provide that defendant may take the deposition of Richard Shepherd on or before September 12, 2003, and that the Scheduling Order shall otherwise in all respects remain unchanged.

Dated: Aug. 25, 2003.

JONATHAN G. LEBEDOFF
Chief U.S. Magistrate Judge

207607.DOC