UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

Burnsville Sanitary Landfill, Inc. and Waste Management, Inc.,

Plaintiffs,

vs.

Edward Kraemer & Sons, Inc.,

Defendant.

CASE NO. 02-273 ~~JEL~~ JNE/JGL

---

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

---

The parties, by and through their respective undersigned counsel, hereby stipulate and agree that, for good cause shown, the Court's Scheduling Order filed February 11, 2003 should be, with the Court's permission, amended to provide that defendant may take the deposition of John McCain on or before September 19, 2003, and that the Scheduling Order, except as otherwise amended by the Court, shall in all respects remain unchanged.

Dated: 8/29, 2003.

BRIGGS & MORGAN, P.A.

By [signature]
Jack Y. Perry, 209272
Matthew A. Slaven, 288226
2400 IDS Center
Minneapolis, MN 55402
Telephone: 612-334-8400

Attorneys for Plaintiffs Burnsville Sanitary Landfill, Inc. and Waste Management, Inc.

Dated: August 29, 2003.

HENSON & EFRON, P.A.

By [signature]
Joseph T. Dixon, Jr., 23139
Stuart T. Williams, 11750X
220 South Sixth Street, Suite 1800
Minneapolis, MN 55402
Telephone: 612-339-2500

Attorneys for Defendant Edward Kraemer & Sons, Inc.

SEP - 2 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Pursuant to the above Stipulation and for good cause shown, and the Court being duly advised in the premises, **IT IS HEREBY ORDERED:** that defendant may take the deposition of John McCain on or before September 19, 2003, and that the Scheduling Order shall otherwise in all respects remain unchanged, except as amended by the Court.

Dated: Aug. 29, 2003.

JONATHAN G. LEBEDOFF
Chief U.S. Magistrate Judge

208117.WPD