ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

Burnsville Sanitary Landfill, Inc. and Waste Management, Inc.,

Plaintiffs,

vs.

Edward Kraemer & Sons, Inc.,

Defendant.

---

CASE NO. 02-273 JNE/JGL

**ORDER**

The above-entitled matter came on for hearing before the undersigned United States District Court Chief Magistrate Judge Jonathan Lebedoff on October 21, 2003, pursuant to Defendant's motion to modify the scheduling order and amend the pleadings. Based on the submissions by Defendant and Plaintiffs, the arguments of counsel, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. Defendant's motion to modify the Court's February 11, 2003, Scheduling Order is granted. (Doc # 79).

2. That the February 11, 2003, Order shall be modified to allow Defendant leave to serve and file its First Amended Answer and Counterclaim within 5 days of entry of this Order.

Dated: [illegible], 2003

**BY THE COURT:**

Chief Magistrate Judge Jonathan Lebedoff

210020.DOC

FILED OCT 2 1 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK