**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Burnsville Sanitary Landfill, Inc. and
Waste Management, Inc.,

Plaintiffs,

v.

Edward Kraemer & Sons, Inc.,

Defendant.

Court File No. 02-273 (JNE/JGL)

**STIPULATION**
**AND**
**ORDER**

---

## STIPULATION

WHEREAS, on September 18, 2003, the Hon. Magistrate Judge Jonathan Lebedoff issued an Order granting Plaintiffs Burnsville Sanitary Landfill, Inc. and Waste Management, Inc. (Burnsville) an additional 30 days in which to conduct discovery;

WHEREAS, the parties believe that some of the information procured during the extended discovery period will be relevant to their cross-dispositive motions, and would be best presented to the Court in the form of each side's submission of a short (not to exceed 10 pages) supplemental brief with exhibits;

WHEREAS, some of the transcripts from the additional depositions will not be available until Thursday, October 23;

WHEREAS, the earliest reasonable date for the parties to submit their respective supplemental briefs with exhibits is Friday, October 24.

NOW, THEREFORE, the parties hereby agree to each side's service and filing by Friday, October 24 of a supplemental brief (not to exceed 10 pages) and exhibits on the additional discovery procured.

FILED OCT 22 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

DATED: October 16, 2003

**BRIGGS AND MORGAN, P.A.**

By ______________________________

Jack Y. Perry (#209272)
Matthew A. Slaven (#288226)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEYS FOR PLAINTIFFS BURNSVILLE SANITARY LANDFILL, INC. AND WASTE MANAGEMENT, INC.**

DATED: October 16, 2003

**HENSON & EFRON, P.A.**

By ______________________________

Joseph T. Dixon, Jr. (#23139)
Stuart T. Williams (#11750X)
220 South Sixth Street
Suite 1800
Minneapolis, Minnesota 55402-4503
(612) 339-2500

**ATTORNEYS FOR DEFENDANT EDWARD KRAEMER & SONS, INC.**

**ORDER**

Based on the foregoing stipulation of the parties, IT IS ORDERED:

1. Each party shall be permitted to serve and file by Friday, October 24, 2003 a not-to-exceed 10-page supplemental brief with exhibits on the additional discovery procured due to Magistrate Judge Lebedoff's September 18, 2003 Order.

Dated: Oct 21, 2003

BY THE COURT:

The Honorable Joan N. Ericksen
U.S. District Court Judge

1579670v1