UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Burnsville Sanitary Landfill, Inc.,
and Waste Management, Inc.,

Plaintiffs,

v.

Civ. No. 02-273 (JNE/JGL)
ORDER

Edward Kraemer & Sons, Inc.,

Defendant.

The Court has received Plaintiffs' request for leave to reply to Defendant's Memorandum of Law in Opposition to Plaintiffs' Motion to Strike the Draft EIS. The Court denies Plaintiffs' request. *See* D. Minn. R. 7.1(f) ("Except with permission of the Court, no memoranda of law will be allowed except as provided in these rules."). Therefore, IT IS ORDERED THAT:

1. Plaintiffs' request for leave to reply to Defendant's Memorandum of Law in Opposition to Plaintiffs' Motion to Strike the Draft EIS is DENIED.

Dated: November 3, 2003

JOAN N. ERICKSEN
United States District Judge

FILED NOV 04 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED______
DEPUTY CLERK'S INITIALS______