O AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Burnsville Sanitary Landfill, Inc., and Waste Management, Inc.

V.

Edward Kraemer & Sons, Inc.

## JUDGMENT IN A CIVIL CASE

Case Number: 02-273 JNE/JGL

9 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

: **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Kraemer's motion for summary judgment is GRANTED. 2. Plaintiff's motion for partial summary judgment is DENIED.

June 28, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Heather Labat
(By) Heather Labat, Deputy Clerk

Bu