UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Burnsville Sanitary Landfill, Inc.
and Waste Management, Inc.,

Plaintiffs,

v.

Civ. No. 02-273 (JNE/JGL)
ORDER

Edward Kraemer & Sons, Inc.,

Defendant.

By Order of June 28, 2004, this Court resolved Plaintiffs' claims against Defendant. Still remaining in this case is Defendant's counterclaim against Plaintiffs for breach of contract. Pursuant to Federal Rule of Civil Procedure 54(b), this Court should not have entered final judgment. Accordingly, the Court amends the June 28, 2004 Order to eliminate the phrase "LET JUDGMENT BE ENTERED ACCORDINGLY."

Therefore IT IS ORDERED THAT:

1. The June 28, 2004 Order [Docket No. 128] is AMENDED as set forth above.

2. Entry of Judgment [Docket No. 129] is VACATED.

Dated: July 12, 2004

S/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge