**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Burnsville Sanitary Landfill, Inc. and Waste Management, Inc.

Plaintiff,

v.

Edward Kraemer & Sons, Inc.

Defendant.

Case No. 02-273 (JEL/JGL)

**DEFENDANT'S AMENDED NOTICE OF MOTION TO ALTER OR AMEND THE JUDGMENT OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

TO: Plaintiff and their counsel Jack Perry, Esq., Briggs and Morgan, 2200 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402

PLEASE TAKE NOTICE that at a date and time to be determined by the Court, before the Honorable Joan N. Ericksen, Courtroom 3, Warren E. Burger Federal Building, 316 North Robert Street, St. Paul, Minnesota, Defendant Edward Kraemer & Sons, Inc. ("Kraemer") will bring the following:

**MOTION TO ALTER OR AMEND THE JUDGMENT**

Pursuant to Fed. R. Civ. P. 59 (e), Kraemer hereby moves the Court as follows:

1. To Alter or Amend the June 28, 2004 Judgment to award Kraemer the following additional relief, as requested in Kraemer's October 22, 2003 First Amended Answer and Counterclaim to Third Amended Complaint:

a. $2,000,000 purchase payment that was due on July 31, 2003 under the Parties' Agreement, which Plaintiff refused to make in reliance on arguments and claims that the Court rejected and dismissed with prejudice pursuant to the Court's Order dated June 28, 2004;

b. Interest on the $2,000,000 purchase payment, at 12% per annum, pursuant to paragraph 16.18 (a) of the Parties' Agreement, totaling $218,957.49 (for the period between July 31, 2003 and June 28, 2004); and

c. Kraemer's costs and attorneys' fees incurred herein, pursuant to paragraph 16.18 (b) of the Parties' Agreement.

**MOTION FOR SUMMARY JUDGMENT**

In the alternative, Kraemer moves the Court for an order granting it summary judgment pursuant to Fed. R. Civ. P. 56 on its counterclaim and awarding it the relief set forth above.

The foregoing motion is based upon the Memorandum of Law and supporting affidavits filed herewith

Dated: July 13, 2004

KELLY & BERENS, P.A.

By: s/Barbara P. Berens
Barbara P. Berens, #209788
Erin K. Fogarty Lisle, #238168
3720 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 349-6171

***Attorneys for Defendant Edward Kraemer & Sons, Inc.***