**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Burnsville Sanitary Landfill, Inc. and
Waste Management, Inc.

Plaintiff,

v.

Edward Kraemer & Sons, Inc.

Defendant.

Case No. 02-273 (JEL/JGL)

**AFFIDAVIT OF**
**ERIN K. FOGARTY LISLE**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Erin K. Fogarty Lisle, being first duly sworn, states as follows:

1. I am an attorney with the law firm of Kelly & Berens, P.A., and I make this affidavit in support of Defendants' Motion to Alter or Amend the Judgment.

2. Attached hereto as Exhibit 1 is a true and correct copy of a Purchase and Sale of Assets Agreement Among Burnsville Sanitary Landfill, Inc. and USA Waste Services, Inc. and Edward Kraemer & Sons, Inc. dated March 19, 1997.

3. Attached hereto as Exhibit 2 is a true and correct copy of Burnsville Sanitary Landfill, Inc. v. Edward Kraemer & Sons, Inc., No. Civ. 02-273 JNE/JGL, 2004 WL 1465828 (D. Minn June 28, 2004).

s/Erin K. Fogarty Lisle
Erin K. Fogarty Lisle

Subscribed and sworn to before me
this 13th day of July, 2004.

s/Nicole Ann McCormick
Notary Public