IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Civil File No. 02-273 JNE/JGL

**Certificate of Electronic Service**

I hereby certify that on the July 13, 2004, I electronically filed (i) Defendant's Amended Motion to Alter or Amend the Judgment or in the Alternative, for Summary Judgment; (ii) Defendant's Amended Notice of Motion to Alter or Amend the Judgment or in the Alternative, for Summary Judgment; (iii) Memorandum of Law in Support of Defendant's Motion to Alter or Amend the Judgment, or in the Alternative, for Summary Judgment; (iv) Affidavit of Erin K. Fogarty Lisle; (v) Proposed Order; and (vi) the Notices of Electronic Filing of same with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Matthew H. Morgan | mmorgan@hensonefron.com |
| Timothy Mulrooney | tmulrooney@hensonefron.com |
| Stuart T. Williams | swilliams@hensonefron.com |

And caused to be hand delivered to

Jack Perry, Esq.
Briggs & Morgan
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

And caused to be mailed to

Matthew Alan Slaven, Esq.
Briggs & Morgan
W2200 1st National Bank Building
332 Minnesota Street
St. Paul, MN 55101

Michael R. Nordskog, Esq.
Nordskog Law Offices
3349 3rd Avenue South
Minneapolis, MN 55408

Dated: July 13, 2004

s/Nicole McCormick
Nicole McCormick