**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Burnsville Sanitary Landfill, Inc. and
Waste Management, Inc.

Plaintiffs,

v.

Edward Kraemer & Sons, Inc.

Defendant.

Case No. 02-273 (JNE/JGL)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

---

The parties, through their undersigned counsel, hereby agree and stipulate that the above-captioned matter may be dismissed with prejudice, with each party to bear their own costs, expenses and attorneys fees.

Dated: 10/6/04

BRIGGS & MORGAN

By: [signature]
Jack Perry 209272
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

***Attorneys for Plaintiff***

SCANNED
OCT 13 2004
U.S. DISTRICT COURT MPLS

Dated: 10/7/04

KELLY & BERENS, P.A.

By: [signature]

Barbara P. Berens 209788
Jenna T. Burfeind 00331867
3720 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 349-6171

***Attorneys for Defendant Edward Kraemer & Sons, Inc.***

**ORDER**

SO ORDERED.

Dated: 10-12-04

BY THE COURT:

[signature]

Joan N. Ericksen
United States District Court Judge